**STATE of Missouri, Respondent,**

v.

**Kevin RAINEY, Appellant.**

**Kevin RAINEY, Movant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 61499, 63596.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 4, 1994.

Henry Robertson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and SMITH and AHRENS, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of trafficking drugs in the second degree § 195.223.3 RSMo Cum.Supp.1992. We find no error, and an opinion would have no precedential value. A statement setting forth our reasons for affirmance is being furnished to the parties. Defendant's appeal from denial of his Rule 29.15 motion was abandoned. The judgment is affirmed pursuant to Rule 30.25(b).